IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. WALLACE,

        Plaintiff,                        No. CIV S-10-2963 GEB EFB P

    vs.

VINCENT S. CULLEN,

        Defendant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 24, 2011, the court screened plaintiff's complaint and dismissed it with leave to amend for failure to state a claim and failure to comply with Rule 8 of the Federal Rules of Civil Procedure. Plaintiff filed an amended complaint April 12, 2011. On October 27, 2011, the court dismissed plaintiff's first amended complaint for failure to correct the deficiencies outlined in the court's March 24 order. The dismissal order explained the complaint's continued deficiencies, gave plaintiff thirty days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

////

////

1

1    The 30-day period has expired and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's order.
3    Accordingly, it is hereby RECOMMENDED that this action be dismissed.
4    These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:   January 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2